No. 85–5600. BROWN *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 85–5610. PRUITT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–5619. CAMPBELL *v.* DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION. C. A. Fed. Cir. Certiorari denied.

No. 85–5625. SAKELLAR *v.* LOCKHEED MISSILES & SPACE CO. C. A. 9th Cir. Certiorari denied.

No. 85–5628. DODSON *v.* COOPER, SUPERINTENDENT, SHADOW MOUNTAIN CORRECTIONAL FACILITY. Sup. Ct. Colo. Certiorari denied.

No. 85–5633. CALPIN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–5830. ARNEY ET AL. *v.* BLACK ET AL. C. A. 10th Cir. Certiorari denied.

No. 85–5838. HAYES *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 85–5840. GLICK *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 85–5847. BROWN *v.* WOODS ET AL. Ct. App. Ga. Certiorari denied.

No. 85–5850. LILLARD *v.* GREER, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 85–5854. HUGHS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 85–5855. CRAWFORD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 85–5856. GOODWIN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.